# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| SOLARA VENTURES IV, LLC, | : No. 499 WAL 2014 |
| | : |
| Petitioner | : |
| | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |
| v. | : |
| | : |
| | : |
| PNC BANK, NATIONAL ASSOCIATION, | : |
| SUCCESSOR-IN-INTEREST TO | : |
| NATIONAL CITY BANK, | : |
| | : |
| Respondent | : |

## ORDER

**PER CURIAM**

AND NOW, this 11th day of March, 2015, the Petition for Allowance of Appeal is DENIED.